LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne, Esq. (Bar No. 073901)
Scott J. Allen, Esq. (Bar No. 178925)
19 Upper Ragsdale Drive, Suite 200
Post Office Box 3140
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff/Counter-Claim Defendant
ARBOR VINEYARDS, INC.
dba METTLER FAMILY VINEYARDS

MEATH & PEREIRA
Gregory T. Meath (Bar No. 180495)
The Kress Building
20 North Sutter Street, Suite 200
Stockton, CA 95202-2911
Telephone: (209) 942-3300
Facsimile (209) 942-3302

Attorney for Defendants/Counterclaimants
ZAPLINE, INC.; VIC METTLER; and CARRIE METTLER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARBOR VINEYARDS, INC. dba METTLER FAMILY VINEYARDS, a California corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>ZAPLINE, INC., a Nevada corporation; VIC METTLER, an individual; and CARRIE METTLER, an individual,<br><br>       Defendants, | Case No: 2:09-cv-00614-FCD-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |
| ZAPLINE, INC., a Nevada corporation; VIC METTLER, an individual; and CARRIE METTLER, an individual,<br><br>       Counter-Claimants,<br><br>vs.<br><br>ARBOR VINEYARDS, INC. dba METTLER FAMILY VINEYARDS, a California corporation,<br><br>       Counter-Claim Defendant. | |

Case No: 2:09-cv-00614-FCD-EFB

1

Plaintiff/Counter-Claim Defendant, ARBOR VINEYARDS, INC. dba METTLER FAMILY VINEYARDS and Defendants/Counterclaimants, ZAPLINE, INC., VIC METTLER, and CARRIE METTLER, acting by and through the undersigned counsel of record, hereby stipulate and agree that this case, and all of the respective claims or counterclaims asserted by the parties, should be dismissed with prejudice.

Dated: August _____, 2009                                    Dated: August _____, 2009

LARIVIERE, GRUBMAN & PAYNE, LLP              MEATH & PEREIRA

By: _____/s/_____        By: _____/s/_____
    Scott J. Allen                                                    Gregory T. Meath
    Attorneys for Plaintiff/Counter-Claim Defendant    Attorney for Defendants/Counterclaimants
    Arbor Vineyards, Inc. dba Mettler Family              Zapline, Inc.; Vic Mettler; and Carrie Mettler
    Vineyards

## **ORDER**

**IT IS SO ORDERED.**

Dated: August 14, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Case No: 2:09-cv-00614-FCD-EFB